**Theodore Wolniewicz, appellee, v. John A. Scheffler and Mary Scheffler, appellants. Gen. No. 31,708.**

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed. Opinion filed November 15, 1927.

Clyde C. Fisher, for appellants. Charles J. Russell, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Elizabeth A. Pearson, appellee, v. Richard W. Farmer, appellant. Gen. No. 31,755.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed upon remittitur; otherwise reversed and remanded. Opinion filed November 15, 1927.

John A. Bloomingston, for appellant. James C. McShane, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Edward Ellis et al., trading as Ellis Brothers Company, appellees, v. The Pennsylvania Railroad Company, appellant. Gen. No. 31,780.**

Action for damages from delayed fruit shipment. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed November 15, 1927.

Loesch, Scofield, Loesch & Richards, for appellant. No appearance for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Chicago Title & Trust Company, complainant, appellee, v. Charles Sedman, Jr., et al., defendants, on appeal of Maurice W. Kulwin, appellant. Gen. No. 32,024.**

Foreclosure proceeding. Appeal from order appointing receiver. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Appeal dismissed. Opinion filed November 15, 1927. Rehearing denied November 28, 1927.

Rosenberg, Braude & Zimmerman, for appellant; Irving Zimmerman and Benjamin Nelson, of counsel. Mesirow & Berger and Everett M. Swain, for appellee. Gustav E. Beerly and M. A. Mills, for certain defendants.

Mr. Justice Scanlan delivered the opinion of the court.